UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARY JO ROSE,

    Plaintiff,

vs.   Case No. **3:23-cv-1235-HLA-JBT**

**TARGET CORPORATION** dba
**TARGET STORE #2364**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Court's Order to Show Cause (Dkt. 14) as well as the Court's Order Striking Plaintiff's response to Defendant's Motion to Dismiss (Dkt. 16).

In the Court's Order to Show Cause, the Court noted Plaintiff had not responded to Defendant's Motion to Dismiss Amended Complaint or to Strike (Dkt. 7)(Motion) and the time to do so had passed. The Order allowed Plaintiff until December 18, 2023 to show cause why the Court should not dismiss this case for failure to prosecute. The Order also noted, "failure to timely respond may result in the dismissal of this action without further notice." Plaintiff filed a "response" to the motion to dismiss that did not address the Order to Show

Cause or the actual pending motion. Instead, Plaintiff's pleading simply stated she wants to amend her complaint, citing the relevant rule (Dkt. 15).

On December 20, 2023, the Court struck the pleading and allowed Plaintiff until January 3, 2024 to respond both to the Order to Show Cause as well as file her motion to amend. Plaintiff has failed to file any further pleadings. Accordingly, it is

**ORDERED**:

This case is **DISMISSED without prejudice** for failure to prosecute. The clerk is directed to close the case.

**DONE AND ORDERED** at Jacksonville, Florida, this 10th day of January 2024.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:
Counsel of Record

2