IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARY JO ROSE,

    Plaintiff,

vs.                                                                              CASE NO.: 3:23-cv-01235-HLA-JBT

TARGET CORPORATION and
JANE DOE,

    Defendant.
_____/

### JOINT NOTICE OF SETTLEMENT OF ALL CLAIMS

The Parties, Plaintiff, **MARY JO ROSE,** and Defendant, **TARGET CORPORATION,** by and through their respective undersigned counsel, hereby give notice that all claims in controversy in this matter have been fully settled. The Parties anticipates filing a Stipulation and Order of Dismissal with prejudice within the next 30 days.

| | |
|---|---|
| **Morgan & Morgan** | **Saalfield Shad, P.A.** |
| */s/ Mark Kupcinskas, Esquire* | */s/Joseph B. Stokes, III* |
| Florida Bar No.: 117802 | Florida Bar No.: 897183 |
| 501 Riverside Avenue, Suite 1200 | 245 Riverside Ave., Suite 400 |
| Jacksonville, FL 32202 | Jacksonville, FL 32202 |
| mkupcinskas@forthepeople.com | jstokes@saalfieldlaw.com |
| lletterle@forthepeople.com | llovein@saalfieldlaw.com; |
| 904-398-2722 (phone) | dayres@saalfieldlaw.com |

904-366-7677 (facsimile)
*Attorneys for Plaintiff*

**Angelica L. Inclan, Esquire**
Florida Bar Number: 1019370
ainclan@saalfieldlaw.com
lhoepker@saalfieldlaw.com
904-355-4401 (phone)
904-355-3503 (facsimile)
*Attorneys for Defendant,*
*Target Corporation*